**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JUAN PARDI,

    Plaintiff,

v.                                           Case No: 8:16-cv-2714-T-30TGW

BURGERMONGER FRANCHISING,
LLC and JAKE HICKTON,

    Defendants.

_____

**ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation To Dismissal With Prejudice (Dkt. #10). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear their own attorney's fees, costs and disbursements.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of November, 2016.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record